| | |
|---|---|
| 1 | Paul Yee (SBN 142381) |
| | LAW OFFICE OF GOATES & MCCLELLAN |
| 2 | One Front Street |
| | Suite 1250 |
| 3 | San Francisco, California 94111 |
| | Telephone:   415/837-3820 |
| 4 | Fax:              415/837-3835 |
| | Email: Yeep1@nationwide.com |
| 5 | |
| | Attorney for Plaintiff |
| 6 | **SCOTTSDALE INSURANCE COMPANY** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, a Ohio Corporation, | CASE NO.  C08 01030 JF |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE OF ADDRESS** |
| UNITED STATES POSTAL SERVICE and DOES 1 to 5, | |
| Defendant. | |

**TO:   THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that effective March 31, 2008, Law Offices of Goates & McClellan's new address is as follows:

**Address:** 505 14th Street, Suite 1210
Oakland, CA 94612
**Telephone No.:** (510) 457-9940
**Facsimile:**    (510) 893-1841

1

*Notice of Change of Address*                                                               Case Number: C08 01030 JF

1 | Dated:  April 15, 2008        LAW OFFICES OF GOATES & McCLELLAN

2

3                                               By_____
                                                   Paul Yee
4                                                  **Attorney for Plaintiff**
                                                   **SCOTTSDALE INSURANCE COMPANY**
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Scottsdale vs. UPS, et. al.**
**United States District Court**
**Northern District Court Case No. C08 01030**

# PROOF OF SERVICE
## [C.C.P. 1013a]

The undersigned declares under penalty of perjury that the following facts are true and correct.

I am a citizen of the United States, over the age of 18 years, and not a party to, or interested in the within entitled action. I am an employee of LAW OFFICES OF GOATES & McCLELLAN, and my business address is 505 14th Street, Suite 1210, Oakland, CA 94612

On **April 15, 2008**, I served the within:

## NOTICE OF CHANGE OF ADDRESS

on all interested parties in said cause, by delivering a true copy as follows:

**[ X ]    (By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I deposited said envelope in the United States Mail in the City of Oakland and County of Alameda, California.

**[   ]    (By Facsimile)** I sent a true copy thereof via telephone facsimile transmission to the following number(s) and a hard copy to follow by mail.

| | |
|---|---|
| Michael B. Mukasey<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Telephones: (202) 353-1555<br>            (202) 514-2001 | US Attorneys Office of Northern District of California<br>Main Office<br>450 Golden Avenue, 10th Floor<br>P.O. Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 637-3693 |

Executed on **April 15, 2008,** in Oakland, California.

_____
AIELYN L. MEDRANO