Paul Yee (SBN 142381)
LAW OFFICE OF GOATES & McCLELLAN
505 14th Street
Suite 1210
Oakland, California 94612
Telephone:   415/837-3820
Fax:              415/837-3835
Email: Yeep1@nationwide.com

Attorney for Plaintiff
**SCOTTSDALE INSURANCE COMPANY**

UNITED STATES  DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, a Ohio Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE and DOES 1 to 5,<br><br>    Defendant.<br>_____/ | CASE NO.  C08 01030 JF<br><br>**NOTICE OF SETTLEMENT** |

**TO:   THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that this case has settled.  Please take the 6/20/08 Initial Case Management Conference off calendar.

Dated:  May 27, 2008          LAW OFFICES OF GOATES & McCLELLAN


                              By_____
                                Paul Yee
                                **Attorney for Plaintiff**
                                **SCOTTSDALE INSURANCE COMPANY**

1

*Notice of Settlement*                                          Case Number: C08 01030 JF

**Scottsdale vs. UPS, et. al.**
**United States District Court**
**Northern District Court Case No. C08 01030**

# PROOF OF SERVICE
## [C.C.P. 1013a]

The undersigned declares under penalty of perjury that the following facts are true and correct.

I am a citizen of the United States, over the age of 18 years, and not a party to, or interested in the within entitled action. I am an employee of LAW OFFICES OF GOATES & McCLELLAN, and my business address is 505 14th Street, Suite 1210, Oakland, CA 94612

On **May 27, 2008**, I served the within:

## NOTICE OF SETTLEMENT

on all interested parties in said cause, by delivering a true copy as follows:

**[ X ]    (By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I deposited said envelope in the United States Mail in the City of Oakland and County of Alameda, California.

**[   ]    (By Facsimile)** I sent a true copy thereof via telephone facsimile transmission to the following number(s) and a hard copy to follow by mail.

| | |
|---|---|
| James Scharf, Esq.<br>Office of the United States Attorney<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113<br>Telephone: (408) 535-5044<br>Fax: (408) 535-5081 | |

Executed on **May 27, 2008,** in Oakland, California.

_____
AIELYN L. MEDRANO

2

*Notice of Settlement*                                   *Case Number: C08 01030 JF*